# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| NAOMI MORIN,  *Plaintiff,*  v.  MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,  *Defendant.* | CIVIL ACTION NO. 3:09-cv-00063  ORDER  NORMAN K. MOON  SENIOR UNITED STATES DISTRICT JUDGE |

On April 8, 2010, I referred this case to United States Magistrate Judge B. Waugh Crigler for proposed findings of fact and a recommended disposition. The parties subsequently filed cross motions for summary judgment, and on June 28, 2010, the pro se Plaintiff filed a memorandum in opposition (docket no. 21) to the Commissioner's motion for summary judgment. Thereafter, on July 1, 2010, Judge Crigler filed a Report and Recommendation ("Report") recommending that the Commissioner's motion be granted.[*] After a review of the entire record in this case, and no objection having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. the Report of July 1, 2010, is ADOPTED in its entirety;

2. the Commissioner's motion for summary judgment (docket no. 19) is GRANTED;

3. Plaintiff's motion for summary judgment (docket no. 16) is DENIED;

---

[*] The Report specifically directed the Clerk of the Court to mail a certified copy of the Report to the pro se Plaintiff.

4. the Commissioner's final decision in this case is AFFIRMED; and

5. this action is DISMISSED from the court's active docket.

The Clerk of the Court is directed to send a certified copy of this Order to the pro se Plaintiff, to all counsel of record, and to United States Magistrate Judge B. Waugh Crigler.

It is so ORDERED.

ENTERED this 20th day of July, 2010.

*Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE